# United States District Court
### EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 5:13CR26(1) |
| | § | |
| ROBERT WILLIAM CLARK | § | |

## ORDER ADOPTING
## THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-styled matter was referred to the Honorable Caroline M. Craven, United States Magistrate Judge, for consideration of the Addendum to Plea Agreement. The Magistrate Judge conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued her Report and Recommendation (document # 71) on December 17, 2014. It was recommended that the Court accept Defendant's Addendum to Plea Agreement and that all provisions of the previously-entered Plea Agreement remain unchanged and given full force and effect.

The parties have waived objections to the magistrate judge's findings. The Court is of the opinion that the Report and Recommendation should be accepted. It is accordingly **ORDERED** that the Report and Recommendation of the United States Magistrate Judge (document #71) is **ADOPTED.** It is further

**ORDERED** that the Defendant's Addendum to Plea Agreement is accepted and approved by the Court. Further, that all other provisions of the previously-entered Plea Agreement remain unchanged and that they be given full force and effect.

**SIGNED this 17th day of December, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE